E-FILED
Wednesday, 19 January, 2005  11:19:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: ASBESTOS LITIGATION INVOLVING METROPOLITAN LIFE INSURANCE COMPANY | ) ) ) ) ) ) ) ) | |
| THIS APPLIES TO ALL CASES | ) ) ) ) ) | Nos.:   See Exhibit A |

**FILED**

JAN 1 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR LEAVE TO SUBSTITUTE ATTORNEYS

Defendant, Metropolitan Life Insurance Company, and its undersigned attorneys, move this

Court for leave to substitute the appearance of WILDMAN, HARROLD, ALLEN & DIXON LLP

as counsel of record in the above identified actions, pursuant to the attached Substitution of

Attorneys.

January __10__, 2005

Douglas L. Prochnow
Jennifer Johnston
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois  60606-1229
(312) 201-2000
ATTORNEYS FOR DEFENDANT
METROPOLITAN LIFE
INSURANCE COMPANY

1484922

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: ASBESTOS LITIGATION<br>INVOLVING METROPOLITAN<br>LIFE INSURANCE COMPANY | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| THIS APPLIES TO ALL CASES | )<br>)<br>)<br>)<br>)<br>) | Nos.:    See Exhibit A |

## SUBSTITUTION OF ATTORNEYS

We, the undersigned, hereby enter our appearance as attorneys for defendant,

Metropolitan Life Insurance Company, in all of the matters identified above.

Dated:

Douglas L. Proehnow
Jennifer Johnston
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606-1229
(312) 201-2000

ATTORNEYS FOR DEFENDANT
METROPOLITAN LIFE
INSURANCE COMPANY

We, the undersigned, hereby withdraw our appearance as attorneys for defendant,

Metropolitan Life Insurance Company, in all of the matters identified above.

1484922

Dated:

Alan I. Becker (00147524)
Thomas M. Crawford (6210832)
Matthew D. Walker (6244070)
LITCHFIELD CAVO
303 West Madison, Suite 200
Chicago, Illinois 60606-3309
(312) 781-6679

**EXHIBIT A**
**Cases Naming Metropolitan Life Insurance Company --**
**Filed in U.S. Dist. Ct., C.D. Ill. -- Not Currently In MDL 875**

99-2268
99-2214
99-2142
99-2140
99-1291
99-1263
99-1259
99-1257
98-4061
98-4059
98-3133
98-2190
98-2133
98-1345
98-1185
98-1184
98-1114
98-1112
96-4024
96-4016
96-2045
96-1176
96-1156
96-1147
00-3219
00-2054
00-2023
00-2013
00-2010
00-2002
00-1005

**CERTIFICATE OF SERVICE**

This is to certify that this __10ᵗʰ__ day of January, 2005, I caused copies of Metropolitan Life's Motion to Substitute and accompanying documents to be served via first-class U.S. Mail, postage prepaid, on the parties identified in the accompanying Exhibit 1.

Danielle M Cautrell

Bilbrey & Hylla
8724 Pin Oak Road
Edwardsville, IL 62025

Michael Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Kathy M. Byrne
Cooney & Conway
120 North LaSalle Street, #3000
Chicago, IL 60602

Michael T. Egan, Jr.
Cooney & Conway
120 North LaSalle Street, #3000
Chicago, IL 60602

William Fahey
Cooney & Conway
120 North LaSalle Street, #3000
Chicago, IL 60602

Jim Hopkinson
Cooney & Conway
120 North LaSalle Street, #3000
Chicago, IL 60602

David A. Hylla
Cooney & Conway
120 North LaSalle Street, #3000
Chicago, IL 60602

Michael E. Mulvihill
Cooney & Conway
120 North LaSalle Street, #3000
Chicago, IL 60602

John J. Longos
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025

Randy Gori
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Terrence M. Johnson
Law Office of Terrence M. Johnson
455 East Illinois Street, #361
Chicago, IL 60606

Ronald L. Motley
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

Frank Stachyra
Stachyra & Penn
3319 West Belden
Suite 1
Chicago, IL 60647

Steven Penn
Stachyra & Penn
3319 West Belden
Suite 1
Chicago, IL 60647

John A. Slevin
Vonachen, Lawless, Trager & Slevin
456 Fulton Street
Suite 425
Peoria, IL 60602-1240

Pamela Wise
Wise & Julian, P.C.
626 Lewis & Clark Boulevard
P.O. Box 100
East Alton, IL 62024

John Barry Julian
Wise & Julian, P.C.
626 Lewis & Clark Boulevard
P.O. Box 100
East Alton, IL 62024

G. Ronald Kesinger
200 NorthWest Street
Jacksonville, IL 62650

Edward J. Matushek III
Matushek & Associates, L.L.C.
One North LaSalle Street
Suite 3210
Chicago, IL 60602

David A. Niles
Matushek & Associates, L.L.C.
One North LaSalle Street
Suite 3210
Chicago, IL 60602

Douglas M. Sinars
Matushek & Associates, L.L.C.
One North LaSalle Street
Suite 3210
Chicago, IL 60602

Kristen M. Smith
Matushek & Associates, L.L.C.
One North LaSalle Street
Suite 3210
Chicago, IL 60602

Melissa M. Fallah
Matushek & Associates, L.L.C.
One North LaSalle Street
Suite 3210
Chicago, IL 60602

Polsinelli, White, Vardeman & Shalton, P.C.
700 West 47th Street
Suite 1000
Kansas City, MO 64112-1802

Kristine K. Kraft
Polsinelli, White, Vardeman & Shalton, P.C.
100 South Fourth Street
Suite 1110
St. Louis, MO 64103

Nicole C. Behnen
Polsinelli, White, Vardeman & Shalton, P.C.
100 South Fourth Street
Suite 1110
St. Louis, MO 64103

Daniel J. Cheely
Bellande, Cheely, O'Flaherty, Sargis & Ayres
19 South LaSalle Street
Suite 1203
Chicago, IL 60603

Paul O'Flaherty
Bellande, Cheely, O'Flaherty, Sargis & Ayres
19 South LaSalle Street
Suite 1203
Chicago, IL 60603

Christopher J. Raistrick
Bellande, Cheely, O'Flaherty, Sargis & Ayres
19 South LaSalle Street
Suite 1203
Chicago, IL 60603

R. Robert Stommel, Esq.
Lewis & Wager
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Suan E. Mehringer, Esq.
Lewis & Wager
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

Stephen L. Corn
Craig & Craig
1807 Broadway Avenue
Mattoon, IL 61938

Richard R. Ryan
Wilson & Ryan
938 Glenayre Drive
Glenview, IL 60025

Michael J. Hennig
Cassiday, Schade & Gloor
20 North Wacker Drive
Suite 1040
Chicago, IL 60606-2903

Victor Terrize
Cassiday, Schade & Gloor
20 North Wacker Drive
Suite 1040
Chicago, IL 60606-2903

Stephen T. Grossmark
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive
22nd Floor
Chicago, IL 60606

Kristen S. Burns
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive
22nd Floor
Chicago, IL 60606

James R. Morrison
Westervelt, Johnson, Nicoll & Keller LLC
411 Hamilton Boulevard
Suite 1400
Peoria, IL 61602

Tracy A. Campbell
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Matthew Fischer
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Joseph J. Krasovec, III
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Francis Morrissey
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Joseph J. O'Hara, Jr.
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Robert H. Riley
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Philip Brinckeroff
Garofalo, Schreiber & Hart
211 West Wacker Drive
14th Floor
Chicago, IL 60606

Demarcus Gordon
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Kevin Greenwood
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Mark D. Johnson
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Patrick Morris
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Frederick Mueller
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Kevin Owens
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Robert Spitkovsky, Jr.
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603

James K. Toohey
Ross & Hardies
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

Joseph J. Janatka
Ross & Hardies
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

Jeffrey E. Rogers
McGuire Woods, L.L.P.
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

Alan Zelkowitz
Pretzel & Stouffer, Chartered
1 South Wacker Drive
Suite 2500
Chicago, IL 60606

Lisa Gaspero
Lord, Bissell & Brook
115 LaSalle Street
Chicago, IL 60603

J. Rick Glass
Kravit, Gass & Weber S.C.
825 North Jefferson
Milwaukee, WI 53202

Michael D. Rosenberg
Kravit, Gass & Weber S.C.
825 North Jefferson
Milwaukee, WI 53202

E. Brooke Harkrader
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Street
Suite 200
Chicago, IL 60611

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Lawrence B. Finn
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Street
Suite 200
Chicago, IL 60611

Willam F. Mahoney
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Street
Suite 200
Chicago, IL 60611

Edward McCambridge
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Street
Suite 200
Chicago, IL 60611

Kathleen McDonough
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Street
Suite 200
Chicago, IL 60611

Cameron D. Turner
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Street
Suite 200
Chicago, IL 60611

Christopher P. Larson
Heyl, Royster, Voelker & Allen
Bank One Building
124 SW Adams Street
Suite 600
Peoria, IL 61602

Mark Ludolph
Heyl, Royster, Voelker & Allen
Bank One Building
124 SW Adams Street
Suite 600
Peoria, IL 61602

Russell K. Scott
Greensfelder, Hemker & Gale
12 Wolf Creek Drive
Belleville, IL 61602

David B. Collins
Quinn, Johnston, Henderson & Pretorius
227 NE Jefferson
Peoria, IL 61602

Russell J. Hoover
Jenner & Block
One IBM Plaza, 44th Floor
330 North Wabash
Chicago, IL 60611

Molly J. Moran
Jenner & Block
One IBM Plaza, 44th Floor
330 North Wabash
Chicago, IL 60611

Dean Panos
Jenner & Block
One IBM Plaza, 44th Floor
330 North Wabash
Chicago, IL 60611

Patrick Phillips
Jenner & Block
One IBM Plaza, 44th Floor
330 North Wabash
Chicago, IL 60611

Stephanie Scharf
Jenner & Block
One IBM Plaza, 44th Floor
330 North Wabash
Chicago, IL 60611

Kent L. Plotner
Heyl, Royster, Voelker & Allen
P.O. Box 467
Edwardsville, IL 62025

Jennifer B. Johnston
Heyl, Royster, Voelker & Allen
P.O. Box 467
Edwardsville, IL 62025

Christopher P. Larsen
Heyl, Royster, Voelker & Allen
124 SW Adams Street
Peoria, IL 61602

Melissa Badgett
Cates, Kurowski, Bailey & Schultz, P.C.
24 Bronze Pointe
Belleville, IL 62226

John J. Kurowski
Cates, Kurowski, Bailey & Schultz, P.C.
24 Bronze Pointe
Belleville, IL 62226

Curtis R. Bailey
Cates, Kurowski, Bailey & Schultz, P.C.
24 Bronze Pointe
Belleville, IL 62226

William D. Shultz
Cates, Kurowski, Bailey & Schultz, P.C.
24 Bronze Pointe
Belleville, IL 62226

Richard K. Hellerman
Arnstein & Lehr
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606

Chad E. Clark
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Leo Dombrowski
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Kenneth M. Gorenberg
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Christopher Griesmeyer
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Robert E. Haley
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Lawrence D. Mishkin
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Kevin Reid, Sr.
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Robert Shuftan
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Melissa S. Skilken
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Fred E. Schultz
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Colleen Konicek
Connelly, Roberts & McGivney
1 North Franklin
Suite 1200
Chicago, IL 60606

Susan Gunty
Gunty & McCarthy
150 South Wacker Drive
Suite 1025
Chicago, IL 60606

Steve Millott
Gunty & McCarthy
150 South Wacker Drive
Suite 1025
Chicago, IL 60606

Paul VanLysebettens
Gunty & McCarthy
150 South Wacker Drive
Suite 1025
Chicago, IL 60606

John D. Daniels
Sanchez & Daniels
333 West Wacker Drive
Suite 500
Chicago, IL 60606

Camille Cribaro-Mello
Sanchez & Daniels
333 West Wacker Drive
Suite 500
Chicago, IL 60606

Lori Yokoyama
Sanchez & Daniels
333 West Wacker Drive
Suite 500
Chicago, IL 60606

Robert T. Varney
Sanchez & Daniels
237 East Front Street
Bloomington, IL 61701

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

W. Jones Andrews, Jr.
Bowers, Orr & Dougall, LLP
8910 Two Notch Road
Suite 400
Columbia, SC 29204

Stephen J. Maassen
Hoagland, Fitzgerald, Smith & Pranaitis
401 Market Street
P.O. Box 130
Alton, IL 62002

Donald Smith
Hoagland, Fitzgerald, Smith & Pranaitis
401 Market Street
P.O. Box 130
Alton, IL 62002

Brenda Baum
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True
103 West Vandalia Street
Suite 300
Edwardsville, IL 62025-0510

Michael A. Powell
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True
103 West Vandalia Street
Suite 300
Edwardsville, IL 62025-0510

Jeffrey S. Hebrank
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True
103 West Vandalia Street
Suite 300
Edwardsville, IL 62025-0510

George Kaiser
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True
103 West Vandalia Street
Suite 300
Edwardsville, IL 62025-0510

Daniel G. Donahue
Herzog, Crebs & McGhee
1 City Center 24th Floor
515 North 6th Street
St. Louis, MO 63101

Mary Ann Hatch
Herzog, Crebs & McGhee
1 City Center 24th Floor
515 North 6th Street
St. Louis, MO 63101

Randall Smith
Schoen, Mangan & Smith, Ltd.
200 West Adams Street
Suite 1005
Chicago, IL 60606

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

William A. Brasher
Brasher Law Firm, L.C.
211 North Broadway
St. Louis, MO 63102

David M. Stahl
Eimer Stahl Klevorn & Solberg
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Scott C. Solberg
Eimer Stahl Klevorn & Solberg
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Linda P. Kurtos
Eimer Stahl Klevorn & Solberg
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
Hammond, IN 46320

Joseph Stalmack
Joseph Stalmack & Associates, P.C.
221 North LaSalle Street
Suite 2238
Chicago, IL 60601

Anthony Anscombe
Sedgwick, Detert, Moran & Arnold LLP
One North Wacker Drive
Suite 4200
Chicago, IL 60606

Steven P. Sanders
10 South Broadway
Suite 1600
St. Louis, MO 63102

Daniel O'Connell
O'Connell & Associates
645 Tollgate Road
Suite 220
Elgin, IL 60123

Frank Duda
Anderson & Gilbert
200 South Hanley
Suite 710
St. Louis, MO 63105

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Mary Ann Hatch
Herzog, Crebs & McGhee
5111 West Main Street
Belleville, IL 62223

Louis Theros
Dickinson, Wright, Moon, Van Dusen & Freeman
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425

Jack N. Sibley
Hawkins & Parnell
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243

David Coffman
Lewis, Rice, Fingersh, L.C.
500 North Broadway
Suite 2000
St. Louis, MO 63102-2127

Katie Fowler
Lewis, Rice, Fingersh, L.C.
500 North Broadway
Suite 2000
St. Louis, MO 63102-2127

Douglas Nieder
Lewis, Rice, Fingersh, L.C.
500 North Broadway
Suite 2000
St. Louis, MO 63102-2127

Barry Short
Lewis, Rice, Fingersh, L.C.
500 North Broadway
Suite 2000
St. Louis, MO 63102-2127

Robert T. Varney
Robert T. Varney & Associates
121 North Main Street
4th Floor
Bloomington, IL 61701

Daniel O'Connell
O'Connell & Associates
645 Tollgate Road
Suite 220
Elgin, IL 60123

Alexis MacDowell
Winston & Strawn
35 West Wacker Drive
Suite 4200
Chicago, IL 60601

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Matthew P. Connelly
Connelly, Roberts & McGivney
One North Franklin
Suite 1200
Chicago, IL 60606

Cory D. Anderson
Connelly, Roberts & McGivney
One North Franklin
Suite 1200
Chicago, IL 60606

Lord, Bissell & Brook
115 South LaSalle Street
Chicago, IL 60603

Keisler & Berman
70 West Madison
Suite 4200
Chicago, IL 60602

Geoffrey A. Bryce
Rooks, Pitts & Poust
Dykema, Gossett, Rooks & Pitts
10 South Wacker Drive
Suite 2300
Chicago, IL 60606

Paul A. Michalik
Rooks, Pitts & Poust
Dykema, Gossett, Rooks & Pitts
10 South Wacker Drive
Suite 2300
Chicago, IL 60606

Robert P. Harris
Law Offices of Robert P. Harris
180 North Michigan Avenue
Suite 2105
Chicago, IL 60601-7478

Robert P. Harris
Harold A. Harris, Ltd.
29 South LaSalle Street
Suite 740
Chicago, IL 60603

Edward H. MacCabe
MacCabe & McGuire
77 West Wacker
Suite 3333
Chicago, IL 60601

Brian Bell
Swanson, Martin & Bell
One IBM Plaza
330 North Wabash
Suite 2900
Chicago, IL 60611

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Robert J. Meyer
Swanson, Martin & Bell
One IBM Plaza
330 North Wabash
Suite 2900
Chicago, IL 60611

George Fitzpatrick, Jr.
Swanson, Martin & Bell
One IBM Plaza
330 North Wabash
Suite 2900
Chicago, IL 60611

Peter Pogue
Swanson, Martin & Bell
One IBM Plaza
330 North Wabash
Suite 2900
Chicago, IL 60611

Kenneth Seale
Swanson, Martin & Bell
One IBM Plaza
330 North Wabash
Suite 2900
Chicago, IL 60611

John O'Sullivan
Swanson, Martin & Bell
One IBM Plaza
330 North Wabash
Suite 2900
Chicago, IL 60611

Susan Gunty
Gunty & McCarthy
150 South Wacker Drive
Suite 1025
Chicago, IL 60606

Michael D. Freeborn
Freeborn & Peters
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Richard T. Sikes, Jr.
Freeborn & Peters
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Patrick Donnelly
Riordan, Dashiell & Donnelly
10 North Dearborn Street
Fourth Floor
Chicago, IL 60602

Bart Sullivan
Sandberg, Phoenix & Von Gontard
One City Centre
15th Floor
St. Louis, MO 63101

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Jack L. Block
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor, Suite 2900
Chicago, IL 60606-7484

Maryanne C. Woo
Sachnoff & Weaver, Ltd.
30 South Wacker Drive
29th Floor, Suite 2900
Chicago, IL 60606-7484

Registered Agent
Illinois Corporation Service
700 South 2nd Street
Springfield, IL 62704

Tatjana Dragovic
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Maja C. Eaton
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Prentice H. Marshall, Jr.
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Chante D. Spann
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

A.J. Bronsky
Brown & James P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

Thomas M. Burnham
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Dennis J. Graber
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Donald L. Sime
Hinshaw & Culbertson
110 North West Street
Waukegan, IL 60085

Tom Kernell
Roberts, Perryman, Bomkamp, & Meives, P.C
One Mercantile Center
Suite 200
St. Louis, MO 63101

Robert Spitkovsky
Roberts, Perryman, Bomkamp, & Meives, P.C
One Mercantile Center
Suite 200
St. Louis, MO 63101

Louis J. Aurichio
Roberts, Perryman, Bomkamp, & Meives, P.C
One Mercantile Center
Suite 200
St. Louis, MO 63101

Paul E. Petruska
Williams, Venker & Sanders LLC
Equitable Building
10 South Broadway
Suite 1600
St. Louis, MO 63102

Richard R. Malone
Malone, Ault & Farell
405 Madison Avenue
Suite 2300
Toledo, OH 43604

Michelle Mrozek
Rooks, Pitts and Pouts
10 South Wacker Drive
Suite 2300
Chicago, IL 60606

Christopher P. Larson
Heyl, Royster, Voelker & Allen P.C.
124 SW Adams Street
Peoria, IL 61602

Mark Ludolph
Heyl, Royster, Voelker & Allen P.C.
124 SW Adams Street
Peoria, IL 61602

David B. Mueller
Cassidy & Mueller
416 Main Street
Suite 323
Peoria, IL 61602

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Richard E. Boyle
Gundlach, Lee, Eggmann, Boyle & Roessler
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223

Thomas R. Peters
Gundlach, Lee, Eggmann, Boyle & Roessler
5000 West Main Street
P.O. Box 23560
Belleville, IL 62223

Lyle Koester
Kiesler & Berman
57 North Ottowa Street
Suite 402
Joliet, IL 60432

Margaret Foster
McKenna, Storer, Rowe, White & Farrug
33 North LaSalle Street
14th Floor
Chicago, IL 60602

Edward Burns
Law Offices of William Koziol
1 Kemper Drive
Route 22 and Kemper Drive
Long Grove, IL 60049

Tom Cynor
Law Offices of William Koziol
1 Kemper Drive
Route 22 and Kemper Drive
Long Grove, IL 60049

William Koziol
Law Offices of William Koziol
1 Kemper Drive
Route 22 and Kemper Drive
Long Grove, IL 60049

William E. Osantowski
Foley & Mansfield, P.L.L.P.
24255 West Thirteen Mile Road
Suite 200
Bingham Farms, MI 48025

Robert J. Brummond
Foley & Mansfield, P.L.L.P.
Montclair on the Park
P.O. Box 56580
St. Louis, MO 63156

David M. Holmes
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602

Anthony M. Goldner
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
120 North LaSalle Street
Suite 2600
Chicago, IL 60602

Raymond Fournie
Armstrong, Teasdale, Schafley & Davis
One Metropolitan Square
Suite 2600
St. Louis, MO 63102

Elizabeth Runyan Geise
Shea & Gardner
1800 Massachusetts Avenue, NW
Washington, DC 20036

William F. DeYoung
Holland & Cunningham
55 West Monroe
Suite 800
Chicago, IL 60603

William F. DeYoung
Chuhak & Tecson PC
30 South Wacker Drive
Suite 2600
Chicago, IL 60606

Jerome J. Duchowicz
O'Hagan, Smith & Amundsen
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601

Ronald Austin, Jr.
Brothers & Thompson, PC
10 North Dearborn Street #600
Chicago, IL 60602

Alan W. Brothers
Brothers & Thompson, PC
10 North Dearborn Street #600
Chicago, IL 60602

Ronald Williams
Brothers & Thompson, PC
10 North Dearborn Street #600
Chicago, IL 60602

Douglas B. King
Wooden & McLaughlin
1600 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

John C. Duffy
Stuart & Branigan
300 Main Street
Suite 800
Lafayette, IN 47502

Jeffery A. Sepesi
McDermott, Will & Emery
227 West Monroe Street
Suite 4400
Chicago, IL 60606

Ron Haak
Coburn, Croft & Putzell
One Mercantile Court
Suite 2900
St. Louis, MO 63101

Kenneth R. Heimeman
Coburn, Croft & Putzell
One Mercantile Court
Suite 2900
St. Louis, MO 63101

Christopher R. Karsten
Daley & Mohan, P.C.
150 North Wacker
Suite 1550
Chicago, IL 60606

Michael Freeman
O'Hagan, Smith & Amundsen
415 West Washington Street, Suite 204
P.O. Box 410
Waukegan, IL 60069-0410

David Rolf
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
800 Illinois Building
607 East Adams Street
Springfield, IL 62705

Paul A. Michalik
Dykema Gossett Rooks Pitts
10 South Wacker Drive
Suite 2300
Chicago, IL 60606

Gregory Cochran
McKenna, Storer, Rowe, White & Farrug
33 North LaSalle Street
Suite 1400
Chicago, IL 60602

Michael T. Trucco
Stamos & Trucco
30 West Monroe
Suite 1600
Chicago, IL 60603

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Joseph Stalmack
Joseph Stalmack & Associates
5253 Hohman Avenue
Hammond, IL 46320

Cathy Molchin
Cathy Molchin, P.C.
4909 Sir Lionel Court
Mapleton, IL 61547

Arthur Howe
Schopf & Weiss
312 West Randolph Street
Suite 300
Chicago, IL 60606

Michael J. O'Rourke
O'Rourke & Griffin
The Chicago Title & Trust Tower
161 North Clark Street
Suite 2230
Chicago, IL 60601

John C. Berghoff
Mayer, Brown, Rowe, & Maw
190 South LaSalle Street
Chicago, IL 60603

Russell Eggert
Mayer, Brown, Rowe, & Maw
190 South LaSalle Street
Chicago, IL 60603

Thomas P. Burnham
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601

Daniel W. McGrath
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601

Craig T. Liljestrand
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601

Lora E. Minichillo
Michael Best & Friedrich LLC
401 North Michigan Avenue
Suite 1900
Chicago, IL 60611

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

John C. Berghoff
Mayer, Brown, Rowe, & Maw
190 South LaSalle Street
Chicago, IL 60603

Russell Eggert
Mayer, Brown, Rowe, & Maw
190 South LaSalle Street
Chicago, IL 60603

Edward T. Habecker
Hinshaw & Culbertson
456 Fulton, Street
Suite 298
Peoria, IL 61602

Joseph Brown
Lucco, Brown & Mudge
224 St. Louis Street
Edwardsville, IL 62025-1906

Bill Lucco
Lucco, Brown & Mudge
224 St. Louis Street
Edwardsville, IL 62025-1906

Robert W. Scott
Swain, Hartshorn & Scott
411 Hamilton Boulevard
Suite 1806
Peoria, IL 61602-1104

Dennis J. Graber
Hinshaw & Culbertson
521 West Main Street
Suite 300
Belleville, IL 62222

Louis J. Aurichio
Butler, Rubin, Saltarelli & Boyd
Three First National Plaza
70 West Madison Street
Suite 1800
Chicago, IL 60602

Kirk T. Hartley
Butler, Rubin, Saltarelli & Boyd
Three First National Plaza
70 West Madison Street
Suite 1800
Chicago, IL 60602

Patrick S. Lamb
Butler, Rubin, Saltarelli & Boyd
Three First National Plaza
70 West Madison Street
Suite 1800
Chicago, IL 60602

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Catherine E. Lamsens
Butler, Rubin, Saltarelli & Boyd
Three First National Plaza
70 West Madison Street
Suite 1800
Chicago, IL 60602

John Tammes
Daniel J. O'Connell & Associates, P.C.
217 McLean Boulevard
Suite 2C
Elgin, IL 60123

William S. Serritella
Ross & Hardies
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

William S. Serritella
McGuire Woods, LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

Cara M. Houck
McGuire Woods, LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

Bret S. Babcock
411 First National Bank Building
416 Main Street
Peoria, IL 61602

Matthew T. Fricker
Crivello, Carlson & Mentkowski
710 North Plankinton Avenue
Milwaukee, WI 53203

Jenni L. Young
Stamos & Trucco
30 West Monroe Street
Suite 1600
Chicago, IL 60603

Behr, McCarter & Potter, P.C.
7777 Bonhomme Avenue
Suite 1810
St. Louis, MO 63105

James R. Carter
Carter & Rasmussen
Commerce Bank Building
15th Floor
Peoria, IL 61602

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

David F. Gaylord
2598 Duncan Avenue
Allison Park, PA 15101

Richard Paul Long, Esq.
Warner, Meihofer LLC
218 North Jefferson
Suite 300
Chicago, IL 60661

Connie J. Postelli, Esq.
Warner, Meihofer LLC
218 North Jefferson
Suite 300
Chicago, IL 60661

Charles P. Dargo, Esq.
Bruce P. Clark & Associates
419 Ridge Road
Munster, IN 46321

Nathan P. Eimer
Eimger, Stahl, Klevorn & Solberg
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Margaret Sewell
Seyfarth Shaw
55 East Monroe Street
Suite 4200
Chicago, IL 60661

Charles E. Blackman, Jr.
Querrey & Harrow, Ltd.
175 West Jackson
Suite 1600
Chicago, IL 60604

James Garvey
Vedder, Price, Kaufman, & Kammholz
222 North LaSalle Street
Suite 2300
Chicago, IL 60602

Charles E. Blackman, Jr.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604

Kravit, Gass & Weber
825 NorthJefferson
Milwaukee, WI 53202

SERVICE LIST – U.S. District Courts, N.D. and C.D. Illinois

Patrick J. Lamb
Butler, Rubin, Saltarelli & Boyd
70 West Madison Street
Suite 1800
Chicago, IL 60602

Bell, Boyd & Lloyd
70 West Madison Street
Suite 3300
Chicago, IL 60602

Kristen Achterhoff
Katten, Muchin, & Zavis
525 West Monroe Street
Suite 1600
Chicago, IL 60661-3693

David Overbey
Katten, Muchin, & Zavis
525 West Monroe Street
Suite 1600
Chicago, IL 60661-3693

Bret S. Babcock
411 First National Bank Building
416 Main Street
Peoria, IL 61602

Michael Mayer
Winston & Strawn
35 West Wacker
Chicago, IL 60601

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

RE: ASBESTOS LITIGATION          )
INVOLVING METROPOLITAN           )
LIFE INSURANCE COMPANY           )
                                 )
                                 )
                                 )
                                 )
                                 )
                                 )
THIS APPLIES TO ALL CASES        )    Nos.:    See Exhibit A
                                 )
                                 )
                                 )
                                 )

## ORDER

The above actions coming before the Court on the Motion to Substitute of Defendant

Metropolitan Life Insurance Company, the Court being apprised of the premises herein, it is

hereby

ORDERED that said motion is granted, and it is further

ORDERED that WILDMAN, HARROLD, ALLEN & DIXON LLP is hereby

substituted as Metropolitan Life Insurance Company's counsel of record in the above

identified actions, in place of LITCHFIELD CAVO.

Dated:                          _____

                                U.S. District Judge

1486068

**EXHIBIT A**
**Cases Naming Metropolitan Life Insurance Company --**
**Filed in U.S. Dist. Ct., C.D. Ill. -- Not Currently In MDL 875**

99-2268
99-2214
99-2142
99-2140
99-1291
99-1263
99-1259
99-1257
98-4061
98-4059
98-3133
98-2190
98-2133
98-1345
98-1185
98-1184
98-1114
98-1112
96-4024
96-4016
96-2045
96-1176
96-1156
96-1147
00-3219
00-2054
00-2023
00-2013
00-2010
00-2002
00-1005

1486068