**E-FILED**
Tuesday, 03 May, 2005 11:17:45 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

        Plaintiffs,

                                 Case No. See Exhibit A

    v.

Industrial Holdings Co. and Carborundum Co.

        Defendants.

## AGREED ORDER

       These matters having been brought pursuant to plaintiffs' motion to dismiss only defendants Industrial Holdings Co. and Carborundum Co. from their lawsuits by agreement of the plaintiffs and said defendants that said dismissal is without costs and in the event any plaintiff later develops an asbestos related malignancy, said plaintiff may bring a new lawsuit against said defendants subject to the applicable statute of limitations for such malignancy.

S/ Charles Weiner

Honorable Charles Weiner

4/18/2005

Date